ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Stephanie C. Santoro, Bar No. 260994
SCSantoro@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800

Attorneys for Defendants
Best Buy Co., Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Zelis, an individual, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Best Buy Co., Inc. a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV11 1096 DMR<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1**<br><br>Complaint Filed: March 9, 2011<br>Old Response Date: May 11, 2011 |

## ORDER

Having considered the Second Stipulation to Extend Time to Respond to Complaint entered into by and between Plaintiff Jason Zelis ("Zelis") and Defendant Best Buy Co., Inc. ("Best Buy"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

Plaintiff will amend the Complaint to name Best Buy Stores, L.P., and not Best Buy Co., Inc. within fifteen (15) days of the date of the outcome of either the petition to the U.S. Judicial Multidistrict Litigation Panel or the motion to transfer the action to the Central District of California, whichever occurs first;

Plaintiff will dismiss the negligence, invasion of privacy, and unlawful

60474023.1

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT

intrusion causes of action within fifteen (15) days of the date of the outcome of either the petition to the U.S. Judicial Multidistrict Litigation Panel or the motion to transfer the action to the Central District of California, whichever occurs first;

Best Buy will have fourteen (14) days from the date Plaintiff files his amended complaint to respond to the amended Complaint, and given Plaintiff's dismissal of the negligence, invasion of privacy, and unlawful intrusion claims, Best Buy need only respond to the sole remaining cause of action for violation of California Civil Code § 1747.08.

IT IS SO ORDERED.

DATED: May 13, 2011  _____

The Honorable Donna M. Ryu
Magistrate Judge