ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
Elizabeth D. Le, Bar No. 216182
EDLe@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:   310-552-0130
Facsimile:    310-229-5800

Attorneys for Defendants
Best Buy Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Zelis, an individual, on behalf of himself and all other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Best Buy Co., Inc. a Minnesota corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No.  CV11 1096 CW<br><br>**ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Current Case Management Conference:<br>　　June 15, 2011<br>Proposed Case Management Conference:<br>　　September 29, 2011<br>Time: 1:30 p.m.<br>Location: Courtroom 4 – 3rd Floor |

**ORDER**

Having considered the Stipulation to Continue Initial Case Management Conference entered into by and between Plaintiff Jason Zelis ("Zelis") and Defendant Best Buy Co., Inc. ("Best Buy"), and good cause appearing therefore,

IT IS HEREBY ORDERED:

The currently scheduled June 15, 2011 Initial Case Management Conference be continued to October 4, 2011, at 2:00 p.m. in Courtroom 4.

IT IS SO ORDERED.

DATED: __6/13/2011__

_____
The Honorable Claudia Wilken
United States District Judge